UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                     :

ACRISURE, LLC,                                  :

                                                     :

                         Petitioner,          :
                                                     :                  24-MC-460 (JGLC)
                              -v-                             :
                                                     :                      ORDER

ANTHONY T. RINALDI, LLC et al.,          :

                         Respondents.      :

-------------------------------------------------------------------X

JESSICA G. L. CLARKE, United States District Judge:

       On October 4, 2024, Petitioner Acrisure, LLC filed a motion to compel Respondents to comply with document subpoenas in connection with a lawsuit pending in the United States District Court for the Western District of Michigan. ECF No. 1. Based on an initial review of the motion papers, the issues appear to be more appropriately decided by the judge presiding over the underlying matter and that transfer to the Western District of Michigan pursuant to Rule 45(f) of the Federal Rules of Civil Procedure would therefore be appropriate. **No later than October 25, 2024, Respondents shall file a letter indicating whether they would consent to such transfer.**

       Unless and until the Court orders otherwise, no later than October 11, 2024, Petitioner shall serve this Order and (unless already served) its motion papers, both electronically or by overnight courier, on Respondents and on all Parties in the Western District of Michigan action and file proof of such service on the docket. Any opposition to the motion — including any opposition by other Parties in the Western District of Michigan action — shall be filed no later than **October 25, 2024**. No reply may be filed absent leave of Court.

       SO ORDERED.

Dated: October 8, 2024
       New York, New York

                                                      JESSICA G. L. CLARKE
                                                      United States District Judge