UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACRISURE, LLC,<br><br>                        Petitioner,<br><br>-against-<br><br>ANTHONY T. RINALDI, LLC, et al.,<br><br>                        Respondents. | 24-MC-460 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      For the reasons stated on the record at the conference on November 21, 2024, Petitioner's motion to compel is granted in part and denied in part. Respondents to comply with the portions of the subpoena requests ordered by the Court by December 20, 2024. The Clerk of Court is directed to terminate this case.

Dated: November 25, 2024
       New York, New York

                                                      SO ORDERED.

                                                      *Jessica Clarke*

                                                      JESSICA G. L. CLARKE
                                                      United States District Judge